UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62769-DIMITROULEAS/SNOW

HOWARD COHAN,

        Plaintiff,

vs.

MERRIWEATHER RESORT
CONDOMINIUM ASSOCIATION, INC.
d/b/a MERRIWEATHER RESORT,

        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

        Plaintiff, HOWARD COHAN, and Defendant, MERRIWEATHER RESORT CONDOMINIUM ASSOCIATION, INC. d/b/a MERRIWEATHER RESORT, by and through undersigned counsel, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above-styled action with prejudice, as the parties have amicably resolved this matter in settlement.

        AGREED and STIPULATED to this 23rd day of March, 2015.

| | |
|---|---|
| /s/ Mark D. Cohen | /s/ David A. Frankel |
| _____ | _____ |
| Mark D. Cohen, Esquire | David A. Frankel, Esquire |
| Florida Bar No. 347345 | Florida Bar No. 741779 |
| **MARK D. COHEN, P.A.** | **LAW OFFICE OF DAVID A. FRANKEL, P.A.** |
| Presidential Circle | 20 South East 20th Street |
| 4000 Hollywood Boulevard, Suite 435 So. | Ft. Lauderdale, FL 33316 |
| Hollywood, Florida 33021 | Phone: 954-557-2244 |
| Telephone: (954) 962-1166 | Fax: 954-463-7840 |
| Facsimile: (954) 962-1779 | Email: david@davidafrankellaw.com |
| E-mail: mdcohenpa@yahoo.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Merriweather Resort Condominium Association,* |
| *Howard Cohan* | *Inc.* |

1