UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62769-CIV-DIMITROULEAS/SNOW

HOWARD COHAN,

    Plaintiff,

vs.

MERRIWEATHER RESORT CONDOMINIUM
ASSOCIATION, INC d/b/a
THE MERRIWEATHER RESORT,

    Defendant.

_____/

**ORDER OF DISMISSAL**

    THIS CAUSE is before the Court on the Stipulation of Dismissal With Prejudice [DE 19] (the "Stipulation"), filed herein on March 23, 2015. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 19] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

    **DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 24th day of March 2015.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record